**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

Nathan C. Braun,                                              Civil No. 26-401 (DWF/ECW)

         Plaintiff,

v.                                                       **ORDER ADOPTING REPORT
AND RECOMMENDATION**

Christopher Vierzba,

         Defendant.

This matter is before the Court on the Report and Recommendation of Magistrate Judge Elizabeth Cowan Wright dated February 9, 2026.  (Doc. No. 3.)  No objections have been filed in the time permitted under Local Rule 72.2(b)(1).  When no objections are filed, a district court need only review the Report and Recommendation for clear error.  *See Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996); Fed. R. Civ. P. 72(b) advisory committee's note to 1983 amendment, subdiv. b.

The factual background for the above-entitled matter is clearly and precisely set forth in the Report and Recommendation and is incorporated by reference.  The Magistrate Judge recommended dismissing the complaint in its entirety and denying the application to proceed in district court without prepaying fees or costs as moot.  (Doc. No. 3 at 13-14.)  Upon review, the Court finds no clear error.

**ORDER**

Based upon the Court's careful review of the Report and Recommendation and the record in this case, **IT IS HEREBY ORDERED** that:

1.      Magistrate Judge Elizabeth Cowan Wright's Report and Recommendation dated February 9, 2026, (Doc. No. [3]) is **ADOPTED**.

2.      Plaintiff Nathan C. Braun's claims (Doc. No. [1]) are **DISMISSED WITHOUT PREJUDICE**.

3.      Plaintiff Nathan C. Braun's application to proceed in district court without prepaying fees or costs (Doc. No. [2]) is **DENIED AS MOOT**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  March 6, 2026                      s/Donovan W. Frank
                                           DONOVAN W. FRANK
                                           United States District Judge